UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTA CHMARNEY, | ) | CIVIL ACTION NO. 4:20-CV-1268 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| KILOLO KIJAKAZI, | ) | |
| *Acting Commissioner of Social Security* | ) | |
| Defendant | ) | |

## ORDER

In accordance with the accompanying memorandum, it is ORDERED that:

(1)   The final decision of the Commissioner is VACATED.

(2)   This case is REMANDED to the Commissioner to fully develop the record and conduct a new administrative hearing pursuant to sentence four of 42 U.S.C. § 405(g).

(3)   Final judgment will be issued in favor of Christa Chmarney by separate order.

(4)   The Clerk of Court is DIRECTED to close this case.

Date: March 7, 2022

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge